| | |
|---|---|
| 1 | Paul B. Beach, Esq. [State Bar No. 166265] |
| 2 | E-mail: pbeach@lbaclaw.com |
| 3 | Aamir Raza, Esq. [State Bar No. 223530] |
|   | E-mail: araza@lbaclaw.com |
| 4 | LAWRENCE BEACH ALLEN & CHOI, PC |
| 5 | E-mail: LBACOCstaff@lbaclaw.com |
|   | 959 South Coast Drive, Suite 260 |
| 6 | Costa Mesa, California 92626 |
| 7 | Telephone No.: (714) 479-0180 |
| 8 | Attorneys for Defendant, CITY OF SAN BERNARDINO and the duplicatively |
| 9 | named SAN BERNARDINO POLICE DEPARTMENT |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY DOMINGUEZ, | ) CASE NO: 5:24-cv-01070-JGB-RAO |
| Plaintiff, | ) |
| | ) **NOTICE OF SETTLEMENT OF** |
| vs. | ) **ENTIRE CASE** |
| | ) |
| CITY OF SAN BERNARDINO; | ) |
| SAN BERNARDINO POLICE | ) Complaint filed: May 20, 2024 |
| DEPARTMENT; and SAN | ) |
| BERNARDINO POLICE OFFICER | ) *[[Proposed] Order submitted concurrently* |
| DOES 1 through 10, inclusive, | ) *herewith]* |
| | ) |
| Defendants. | ) **Matter for Determination Before the** |
| _____ | ) **Honorable Jesus G. Bernal** |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE, in accordance with L.R. 16-15.7 and L.R. 40-2, that Plaintiff Randy Dominguez ("Plaintiff") and Defendants City of San Bernardino and the duplicatively named San Bernardino Police Department (together the "City" or "Defendant") have reached an unconditional settlement of this entire case for a specified amount and hereby inform the Court that this matter has settled in its

entirety.  The parties have a fully executed settlement agreement and release.  The only remaining item before the parties file a Stipulation for Dismissal of the Complaint with Prejudice of the action is the disbursement of the settlement funds, which is expected to occur on or before December 4, 2025.  The parties intend to file the Stipulation for Dismissal within 10 days of Plaintiff's counsel's receipt of the settlement funds.

      Thus, the parties request and hereby stipulate that all hearing dates and deadlines be vacated and that all proceedings be stayed pending finalization of the settlement. Further, the parties request an order that by January 15, 2026, the parties shall file either (1) a stipulation and order for dismissal with prejudice, or (2) a joint status report regarding settlement.

Respectfully Submitted,

LAWRENCE BEACH ALLEN & CHOI, PC

Dated: December 1, 2025     By  /s/  Aamir Raza
    PAUL B. BEACH
    AAMIR RAZA[1]
    Attorneys for Defendants
    CITY OF SAN BERNARDINO and the duplicatively named SAN BERNARDINO POLICE DEPARTMENT

GUTIERREZ LAW FIRM

Dated: December 2, 2025     By  /s/  James P. Gutierrez
    JAMES P. GUTIERREZ
    Attorney for Plaintiff
    Randy Dominguez

---

[1] I, Aamir Raza, hereby attest that all other signatories listed below, and on whose behalf of this filing is submitted, concur in this filing's content and have authorized the filing.